An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID J. MITCHELL, AN
INDIVIDUAL,
Appellant,
vs.
HEARTLAND BANK, A MISSOURI
BANKING CORPORATION DOING
BUSINESS IN NEVADA,
Respondent.

No. 64695

**FILED**

OCT 0 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On September 22, 2014, appellant filed a document entitled, "Notice of Withdraw of Appeal," which we construe as a motion to voluntarily dismiss this appeal. The motion is granted, with the parties to bear their own fees and costs, NRAP 42(b), and we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maur Y Snider_

cc: Hon. Kathleen E. Delaney, District Judge
Stephen E. Haberfeld, Settlement Judge
Poli & Ball, P.L.C.
Gordon Silver
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-33060